USDC SCAN INDEX SHEET










```
GCA    6/14/00    10:31
3:99-CR-00029   USA V. NIKKHAH
*83*
*CRMO.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. __MARILYN L. HUFF__        DEPUTY CLERK:_T. MASON_        RECORDER: __NANCY CABLAY__

| | | | | |
|---|---|---|---|---|
| 99CR0029-H | U.S.A. | vs | MICHAEL PERSAUD (2) | (B) |

HEARING REPORT P/O            FEDERAL DEFENDERS, INC. (2)
AND SENTENCE, PG CT S1        BY: FRANK MANGAN

S/S INFO 1 CT (MISD)          AUSA: MELANIE PIERSON
18 USC 641
18 USC 2
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
**PROBA-3 MOS.**
**PENALTY ASSESSMENT-$50.00**
**REPORT TO PROBATION TODAY.**
**RESTITUTION-$400.00 PAYABLE TO U.S. NAVY PUBLIC WORKS.**
**FINE WAIVED-**
**GOVT'S ORAL MOT TO DISM UNDERLYING IND-GRANTED.**
**BOND EXONERATED**

DATE: __June 12, 2000__                                                       DEPUTY