USDC SCAN INDEX SHEET










CAG   6/15/00   10:09
3:99-CR-00029   USA V. NIKKHAH
*84*
*CRJGMCOMI.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 14 2000
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
| vs. | |
| | CRIMINAL CASE NO. 99CR0029-H |
| MICHAEL PERSAUD (2) | FRANK MANGAN, FED. DEF. INC. Defendant's Attorney |

**THE DEFENDANT:**

__X__ pleaded guilty to count _one of the 1st superseding information_.
_____ was found guilty on count(s) _____
          after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| **TITLE & SECTION** | **NATURE OF OFFENSE** | **COUNT NUMBER(S)** |
|---|---|---|
| 18 USC 641 | Theft of Government Property | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ _underlying indictment is_ dismissed on the motion of the United States.
__X__ Pursuant to 18 USC 3013, an assessment is hereby levied in the amount of $50.00 to be paid forthwith.
__X__ It is ordered that the fine is waived.

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

June 12, 2000
Date of Imposition of Sentence

_Marilyn L. Huff_
MARILYN L. HUFF
United States District Judge

Entered on 6·15·00

84

99CR0029

DEFENDANT: MICHAEL PERSAUD  JUDGMENT PAGE 2 OF 4
CASE NUMBER: 99CR0029-H

**PROBATION**

The defendant is hereby placed on probation for a term of   3 months.

   The defendant shall not commit another federal, state, or local crime.

   The defendant shall not illegally possess a controlled substance.

   *For offenses committed on or after September 13, 1994:*
   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

   ____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

 X   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

   If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

   The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

**STANDARD CONDITIONS OF SUPERVISION**

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

99CR0029

DEFENDANT: MICHAEL PERSAUD  JUDGMENT PAGE 3 OF 4
CASE NUMBER: 99CR0029-H

## SPECIAL CONDITIONS OF SUPERVISION

_X_  The defendant shall not possess any firearms or other dangerous weapons.

_X_  The defendant shall submit to search of person, property, residence, abode or vehicle conducted at a reasonable time and in a reasonable manner by the Probation Officer.

_X_  During the term of probation the defendant shall not engage in employment or profession which include the testing, analyzing, reviewing or commenting on the presence of asbestos in any setting.

99CR0029

DEFENDANT: MICHAEL PERSAUD
CASE NUMBER: 99CR0029-H

## FINE

The defendant shall pay a restitution of $ <u>400.00</u>                     . The restitution includes any costs of incarceration and/or supervision.

___ This amount is the total of the fines imposed on individual counts, as follows:

___ The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

   ___ The interest requirement is waived.
   ___ The interest requirement is modified as follows:

This restitution plus any interest required shall be paid:

  <u>x</u>  in full immediately to U.S. Navy Public Works.
  ___ in full not later than _____
  ___ in equal monthly installments over a period of ___ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
  ___ in installments according the following schedule of payments:

If the restitution is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 USC 3614.

99CR0029